[No. 48231-9-I.   Division One.   February 11, 2002.]

ORLIN K. KLEVEN, *Petitioner*, v. THE KING COUNTY PROSECUTOR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-33006-5, Richard D. Eadie, J., entered February 14, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J. Now published at 112 Wn. App. 18.

[No. 48237-8-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LENORA K. CARLSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04147-7, Linda Lau, J., entered March 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48265-3-I.   Division One.   February 11, 2002.]

ORLIN COCHRAN, ET AL., *Appellants*, v. GARY FULLER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-01335-9, Michael F. Moynihan, J., entered February 23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48566-1-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *on the relation of Janaki Swanson*, ET AL., *Petitioner*, v. JEFFREY TODD SWANSON, *Appellant*, and LYNANN SWANSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-3-07285-6, Katherine C. Hershey, J. Pro Tem., entered April 24, 2001. *Affirmed* by unpublished per curiam opinion.